84,298-01

CAUSE NO. 2013 CR 10000

ANTHONY LEE SMITH

VS.

THE STATE OF TEXAS

IN THE 4th COURT OF APPEALS

This document contains some
pages that are of poor quality
at the time of imaging.

---

MOTION FOR LEAVE TO FILE

---

TO THE SAID HONORABLE COURT:

NOW COMES APPLICANT, ANTHONY SMITH, and asks leave of the Court to file an original Petition with the Court of Criminal Appeals for a writ of habeas Corpus, and would show the following: This is an extraordinary case, that requires the Court of Criminal Appeals to exercise original jurisdiction because Applicant can not get relief from DISTRICT COURT 186TH.

Respectfully Submitted,

Anthony Smith

Applicant

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 08 2015

Abel Acosta, Clerk

SANDRA LNN MALLOY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 02-22-2019

November 19, 2015

# CERTIFICATE

I, Applicant, ANTHONY SMITH, hereby certify that a true and correct copy of his motion and Petition For Writ of Habeas Corpus have been delivered to the attorney for the State, Nicholas LaHood, by Posting certified mail, to his address, 101 W. Nueva, 4th Floor, SA, TX 78205 , this the 19Th day of NOVEMBER ,2015 .

Anthony Smith

Anthony Smith ) IN THE CRIMINAL MAGISTRATE COURT

Vs )

BEXAR COUNTY, TEXAS )

## PETITION FOR WRIT OF HABEAS CORPUS FOR UNLAWFUL IMPRISONMENT

To the Honorable Judge of Said Court:

Now comes Anthony Smith, hereinafter called Applicant, and files this his petition and application for writ of habeas corpus and would show the Court the following;

## I.

That your Applicant is illegally confined and restrained of his liberty by Susan Pamerleau, the Sheriff of BEXAR County in the BEXAR COUNTY ADULT DETENTION CENTER, located in the City of San Antonio, BEXAR COUNTY, TEXAS;

## II.

That your Applicant is restrained of his liberty by virtue of a Writ of Capias executed by Susan Pamerleau, in the 186th DISTRICT COURT; A copy of which can not be obtained.

THAT at 23:41 hrs. applicant was arrested on 8-14-2013 for an alleged warrant for a murder, however, this Very same "warrant" for murder was not issued until 8-15-2013 received and executed on 8-15-2013 then returned on 8-16-2013.

THAT applicant has the right to be secure in his person, home and effects, against unreasonable searches and seizures and no warrant shall issue except upon probable cause. 4th Amendment to the Constitution of the U.S.A.

THAT applicant arrest of murder on 8-14-2013 and fact that the warrant for murder issued on 8-15-2013 is rock solid, substantial evidence that applicant was unlawfully arrested and is illegally confined and restrained. In the Bexar County Adult Detention center.

THAT applicant's attorney of record is making false statements about applicant wanting to be released and discharged from further restraint. Applicant's said Attorney of record State Bar number is 24048538. Applicant also would like a hearing concering applicant's Writ Of HABEAS Corpus Matter.

Duggan V. State, 778 S.W. 2d 465, 468

The prosecutor's constitutional duty to correct knowfals evidence is well established, both in law and in the professional regulations which govern prosecutorial conduct... As a trustee of the State's interest in providing fair trials, the prosecutor is obliged to illuminate the court with the truth of the cause, so that the judge and jury may properly render justice. Thus the prosecutor is more than a mere advocate, but a fiduciary to fundamental principle of fairness. It does not matter whether the prosecutor actually knows that the evidence is false; it's enough that he or she should have recoanized the misleading nature of the evidence.

# MAGISTRATE SERVICES/DETENTION CENTER
## ARRESTED PERSON REGISTRATION/PROPERTY FORM

**(M)/ F** | **DATE:** 8/14/13 | **TIME:** 2341 | **SEAL#** 7970012

**NAME:** Smith, Anthony Lo | **DOB:** 10/31/90 | **SID#:** 916744

**DESCRIPTORS:** Blue Stripe Shortsleeve w/ Blue Shorts | **INTAKE #:** 1614203

**JOB #:** 6247256 **COUNTY HIT:** (Y) N **PHOTO:** (Y) N **PHOTO TAKEN:** (Y) N

### CHARGE(S):

**A. Sight Arrests:**
  a. Felonies: _____

  b. Class A/B: _____
  c. Class C- Non Traffic - **PI   Yes**
  d. Class C- Non Traffic: _____
  e. Class C - Traffic _____

**B. Warrants:**
  a. Felonies: *Murder  19.02*
  b. Class A/B: _____
  (City of San Antonio Warrants):
  1. Capias (approx. # ): _____
  2. (J.P. - approx # ): _____
  3. Alias (approx #) _____

### PROPERTY INVENTORY UPON ARRIVAL

| Item | | YES | NO |
|---|---|---|---|
| 1. CASH AMT: $  ¢  10 ¢ | | (YES) | NO |
| 2. WALLET | | YES | (NO) |
| 3. TDL / ID | | YES | (NO) |
| 4. KEYS | | YES | (NO) |
| 5. PURSE | | YES | (NO) |
| 6. WATCH | | YES | (NO) |
| 7. KNIFE | | YES | (NO) |
| 8. RING(S) #:   X | | YES | (NO) |
| 9. CELL PHONE | | YES | (NO) |
| 10. SHOES / STL TOE (Tagged): | | YES | (NO) |
| 11. OTHER ITEMS: | | (YES) | NO |

BRACELET X 2

**CLASSIFICATION: (circle one)**
**CODE:   1     2     3     4     6     (7)**

**ARRESTEE:** I CERTIFY THAT THE INVENTORY LISTED ABOVE IS CORRECT: (X) *Anthony Smith*

**DETENTION OFFICER:** ABOVE INVENTORY RECEIVED
(X) _____ CP65

**SEAL # VERIFIED BY (Init & Bdge #)**

**AGENCY:** (SAPD)   BCSO   **OTHER:** _____
**ARREST/TRANSP OFF:** D. Pantells   **BDGE #** 1565
**GUN BOX #:** N/A   **DISTRICT:** 2150
Money Taken to Prop Rm:$ _____   AO Init: _____
**AO'S COMMENTS:** _____

**DOES AP CLAIM TO BE SICK / INJ?   YES   (NO)**
**DO'S COMMENTS:** _____

**POC PHONE #** _____

### PROPERTY / ARRESTEE DISPOSITION

**A. DISPOSITION OF AP:** JAIL / PR-B / S-B / HOSP / **Other:** _____
**B. AP/PROPERTY TRANSP BY:** SAPD / BCSO   Off Badge.# _____   Date: _____   Time Out: _____
**C. PROPERTY RETURNED TO AP - ( RELEASED BY JUDGE )** 1  2  3  4  5  6  7  8  9  10  11

**ARRESTEE (I CERTIFY THAT I HAVE RECEIVED ALL OF THE ABOVE PROPERTY)** ( X ) *Anthony Smith*

PROPERTY RELEASED BY ( DO Init & Bdge #):

**PROPERTY RELEASED TO THIRD PARTY:** I authorize my below listed property be released to the person listed below.

**AP SIGNATURE ( X ):** _____
**PROPERTY RELEASED TO:** _____   **SIGNATURE:( X )** _____
**I.D. NUMBER:** _____   **AUTH. SUPV.:** _____   **PROPERTY:** 1  2  3  4  5  6  7  8  9  10  11
**OTHER PROP:** _____   PROPERTY RELEASED BY (DO Init & Bdge #):

MAGISTRATE SERVICES - DETENTION CENTER FORM 17 - ( REVISED 08 / 09 )

ORIGINAL - FILE     YELLOW - ARRESTED PERSON     BLUE - AP PROPERTY BAG     PINK - CMAG

# Case Information for Cause #: 2013CR10000

July

**Cause No. :**2013CR10000
**Offense Date :**07/28/2013
**Case Status Date :**10/03/2014
**Case Status :**AWTG TRIAL
**Disposition Date :**00/00/0000
**Disposition Status :**
**Attorney :**BEHRENS, ROBERT D
**Judgement Date :**00/00/0000
**Judgement Desc :**
**Sentence :**0000000000
**Fine Amount :**0.00
**Court Costs :**0.00
**SID :**916744
**Court :**D186
**Offense Desc :**MURDER
**Location :**JAL
**Name :**ANTHONY LEE SMITH
**JN :**1590390

*Information as of: 10/08/2014 11:23:01 AM*

# Case History

*Currently viewing 1 through 20 of 68 records.*

| Date | Description | Qualifier |
|---|---|---|
| 07/28/2013 | F1 090420 MURDER | |
| 07/28/2013 | COMPLAINT FILED | CM 991135 |
| 08/14/2013 | ER2 RECV FROM DPS | |
| 08/15/2013 | BOOKED | B20133777101 |
| 08/15/2013 | BOND SET | 200000.00 0000000 |
| 08/15/2013 | DEF. MAGISTRATED | |
| 08/15/2013 | WARRANT ISSUED | 0000000 |
| 08/15/2013 | PRE-INDICT FUG | |
| 08/15/2013 | WARRANT RECEIVED | 1455917 |
| 08/15/2013 | WARRANT EXECUTED | 1455917 |
| 08/15/2013 | DC FILE TO ARCHIVE | WITH |
| 08/15/2013 | Offender record se | nt to VINE1590390001 |
| 08/15/2013 | Charge record sent | to VINE 1590390001 |
| 08/15/2013 | DEF ATTORNEY APP | 00790290 |
| 08/15/2013 | ATTORNEY APPOINTED | V1217P1898 |
| 08/15/2013 | GJ NUMBER ASSIGNED | GJ578588 |
| 08/15/2013 | INTAKE DA | 15179710 |
| 08/16/2013 | WARRANT RETURNED | 1455917 |
| 09/18/2013 | PRE-HEARING SET | D186 |
| 09/27/2013 | PRE-HEARING SET | D186 |
| /2013 | PRE-HEARING RESET | D186 |
| 10/31/2013 | ORD OF REFERRAL | V0000P0000 |
| 11/07/2013 | INDICTED BY GJ | |
| 11/07/2013 | GRAND JURY REPORT | V1231P0255 |
| 11/07/2013 | DIST COURT ASSIGND | D186 2013CR10000 |
| 11/07/2013 | Offender record se | nt to VINE1590390001 |

(f) These long-prevailing standards (for probable cause) seek to safeguard citizens from rash and unreasonable interferences with privacy and from unfounded charges of crime. They also seek to give fair leeway for enforcing the law in the community's protection. To allow less, would be to leave law-abiding citizens at the mercy of the officer's whim or caprice. (Johnson v. United States, 333 U.S. 10, 14-15, 68 S.Ct. 367, 369, 92 L.Ed. 436.

(g) "Common Law Governs" — Enos v. State, 889 S.W.2d 303, 305 (Tex. Crim. App. 1994). A statute must not be interpeted as abrogating a principal of the common law (Constitution) unless such overruling is clearly indicated, either by the express terms of the statute or by necessary implication from the language used. This ... canon is based on the reasonable supposition that if the legislature intended to overrule a principle of the common law, then it would have made its intents clear. (Article 1.27 of the Tex. Crim. Code Pro.)

(h)

If two or more persons conspire to injure, oppress, threaten or intimidate any citizen in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States of America or because of his having so exercised the same; or if two or more persons go; in disguise on the highway, or on the premises of another, with intent to prevent so secured — they shall be fined not more than #10,000 or imprisoned not more than ten years. (18 U.S.C. §241)

i) Everyone has the right to a standard of living adequate for the health and well being of himself and his family, including food, clothing, housing and "MEDICAL CARE" and necessary social services... (Article 25 Universal Declaration of Human Rights).

j) Articles 2.17, 2.19 and 16.01 of the Texas Criminal Code of Procedure state that it is the duty of the Sheriff to make sure persons arrested without warrant are taken to probable cause hearings.

k) Fourth Amendment to the United States requires a timely judicial determination of probable cause as a prerequisite to detention, U.S.C.A. Const. Amend. 4 (Gerstein V. Pugh, 420 U.S. 103, 95 S. Ct. 854, 43 L. Ed. 2d 54 (1975)

l)

Where as, recognition of the inherent dignity and the equal and unalienable rights of all members of the human family in the foundation of freedom, justice and peace in the world, Where as, disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of man kind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people, Where as, it is essential to provide the development of friendly relation between nations, Where as, the PEOPLE of the United Nations have in the Charter reaffirmed their faith in fundamental human rights, in the dignity and worth of the human person and in the equal rights of men and women and have determined to promote social progress and better standards of life in larger freedom,

Whereas, a common understanding of these rights and freedoms is of the greatest importance for the full realization of this pledge, (Universal Declaration of Human Rights — Preamble)

(m)

Everyone is entitled to all the rights and freedoms set forth in this declaration, without distinction of any kind, such as race, color, sex, language, religion, political or other opinion, nation or social origin, property or other status.. (Universal Declaration of Human Rights — Art. 2)

(N)

Everyone has a right to life, liberty and security of person. (Universal Declaration of Human Rights — Art. 3)

(O)

No one shall be subjected to torture or to cruel, inhumane or degrading treatment or punishment. (Universal Declaration of Human Rights — Art. 5)

(P)

Everyone has the right to recognition as a person before the law. (Universal Declaration of Human Rights — Art. 6)

(q)

"The Police shall not arrest upon suspicion, but only on probable cause." (Mallory V. United States, 354 U.S. 449, 454 (1955)

(r)

"No mans person shall be restrained or imprisoned by any authority whatsoever, before the law hath sentenced him thereto... (Documents on Fundamental Human Rights 79, 82 (2. Chafee ed., 1951)

(5).

A Police officer's mistake about the law, or the legal significance of undisputed facts, even if eminently reasonable, cannot serve to provide Probable cause or reasonable suspicion; it cannot, in other words, validate an otherwise invalid seizure. (Robinson v. State, 377 S.W. 3d 712 (Tex. Crim. App., 2012)

(T)

Ever since its inception, the rule excluding evidence seized in Violation of the 4th Amendment has been recognized as a principal mode of discouraging lawless Police Conduct. See, (Weeks V. United states, 232 U.S. 383, 393, 34 S.Ct. 341, 344, 58 L. Ed. 652 (1914).

Wherefor, Premises considered, Applicant prays that this Court grant and issue a Writ of Habeas Corpus and that pending a hearing herein, Applicant be released and discharged from further restraint.

Anthony Smith — All Rights Reserved     Anthony Smith
09/28/15                    UCC 1-308          10-5-15

State of Texas
County of Bexar

Before Me, The undersigned authority, on this day personally appeared Anthony Smith, who being by me duly sworn, upon oath states that facts contained in the foregoing Application for Writ of Habeas Corpus are true and correct.

Subscribed and sworn to before me this day of
Which witness my hand and seal of office.

, 2015, to certify


SANDRA LNN MALLOY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 02-22-2019

Sandra Lynn Malloy
Notary Public